963 A.2d 817

IN THE MATTER OF WALTER D. NEALY, AN ATTORNEY
AT LAW (ATTORNEY NO. 023181983).

January 27, 2009.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **WALTER D. NEALY,** formerly of **HACKEN-SACK,** who was admitted to the bar of this State in 1984, and who was suspended from the practice of law for a period of three months effective August 11, 2008, by Order of this Court filed June 14, 2008, be restored to the practice of law, effective immediately, and it is further

ORDERED that **WALTER D. NEALY** shall practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until the further Order of the Court.